864 A.2d 1036

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner

v.

### Joe C. ASHWORTH, Respondent.

**Misc. Docket AG, No. 39, Sept. Term, 2004.**

Court of Appeals of Maryland.

Jan. 5, 2005.

Circuit Court, Prince George's County, Case No. CAE04–16497.

## *ORDER*

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16–772, it is this 5th day of January, 2005,

ORDERED, by the Court of Appeals of Maryland, that Joe C. Ashworth be, and he is hereby, disbarred by consent from the further practice of law in the State of Maryland; and it is further,

ORDERED, that the Clerk of this Court shall strike the name of Joe C. Ashworth from the register of attorneys, and pursuant to Maryland Rule 16–772(d) shall certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.